**Order entered October 4, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00749-CV

**WAL-MART STORES TEXAS, LLC, Appellant**

**V.**

**DAWN BISHOP, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-00763**

## ORDER

We **GRANT** appellant's September 30, 2016 unopposed second motion for extension of time to file appellant's brief. We **ORDER** the brief be filed no later than October 31, 2016. Absent extraordinary circumstances, the Court will not grant any further extensions on appellant's brief.


/s/     CRAIG STODDART
        JUSTICE